IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Divincenzo, Vicent S

Printed: 10/22/08

Case Number: 05 B 29634
Judge: Wedoff, Eugene R
Filed: 7/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: September 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,170.96 |  |
| Secured: |  | 1,138.49 |
| Unsecured: |  | 5,644.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 387.97 |
| Other Funds: |  | 0.00 |
| Totals: | 7,170.96 | 7,170.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Financial National Bank | Secured | 1,138.34 | 1,138.49 |
| 3. | Specialized Management Consultants | Unsecured | 103.66 | 210.65 |
| 4. | Wells Fargo Financial National Bank | Unsecured | 8.61 | 17.50 |
| 5. | Target National Bank | Unsecured | 42.69 | 86.70 |
| 6. | United Collection Bureau Inc | Unsecured | 33.30 | 67.62 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 174.75 | 355.11 |
| 8. | Resurgent Capital Services | Unsecured | 281.61 | 573.59 |
| 9. | T Mobile USA | Unsecured | 68.34 | 138.76 |
| 10. | RoundUp Funding LLC | Unsecured | 1,937.88 | 3,938.90 |
| 11. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 12. | Capital One | Unsecured | 125.86 | 255.67 |
| 13. | Circuit City | Unsecured |  | No Claim Filed |
| 14. | MBNA America | Unsecured |  | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 16. | Watermark Phys. | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,915.04 | $ 6,782.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 84.08 |
| 5% | 57.73 |
| 4.8% | 56.64 |
| 5.4% | 124.31 |
| 6.5% | 65.21 |
|  | $ 387.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Divincenzo, Vicent S | Case Number:  05 B 29634 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/22/08 | Filed:  7/27/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

